**Order entered September 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01091-CR

**TASHA LEANA LOMOGLIO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82533-2016**

## ORDER

Before the Court is the State's September 24, 2019, motion to extend time to file its brief.

We **GRANT** the motion and **ORDER** the brief received that same day filed as of the date of this

order.

                              /s/      BILL PEDERSEN, III
                                       JUSTICE